UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEENAN K. COFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:16CV1390 RWS |
| | ) |
| KEEFE CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Keenan K. Cofield's motion for leave to proceed in forma pauperis. (Docket No. 2). The motion will be denied without prejudice because it was not filed in the form of an affidavit that shows plaintiff's inability to pay the filing fees or give security therefor, and because plaintiff failed to submit a certified copy of his prison account statement showing the amount of money on deposit during the six months immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a) (a prisoner seeking to proceed pro se must submit an affidavit that includes a statement of all assets he possesses, accompanied by a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Keenan K. Cofield's motion for leave to proceed in forma pauperis (Docket No. 2) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to plaintiff a copy of the Court's Motion to Proceed In Forma Pauperis and Affidavit in Support – Prisoner Cases Form.

**IT IS FURTHER ORDERED** that, within thirty (30) days from the date of this Order, plaintiff shall either pay the $400.00 filing fee, or file a Motion to Proceed In Forma Pauperis and Affidavit in Support, accompanied by a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this Order, his cause of action and all of his claims against all defendants will be dismissed.

Dated this 14th day of September, 2016.

                                            RODNEY W. SIPPEL
                                            UNITED STATES DISTRICT JUDGE